**08 CV 3347**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ALIMENTS IMEX FOODS, INC.

      Plaintiff,

- against -

M/V CSAV HAMBURGO, her engines, boilers,
tackle, furniture, apparel, etc. *in rem*; COMPANIA
CHILENA DE NAVEGACION INTEROCEANICA,
S.A. *in personam*,

      Defendants.
------------------------------------------------------------X

08 Civ.

**FRCP RULE 7.1
DISCLOSURE STATEMENT**



**JUDGE PRESKA**

    NOW comes plaintiff, ALIMENTS IMEX FOODS, INC., and submits in duplicate its Disclosure Statement pursuant to F.R. Civ. P., Rule 7.1.

    ALIMENTS IMEX FOODS, INC is not a publicly traded company.

Dated: New York, New York
      April 4, 2008
      289-05

                CASEY & BARNETT, LLC
                Attorneys for Plaintiff

                By: _____
                Martin F. Casey (MFC-1415)
                317 Madison Avenue, 21st Floor
                New York, NY 10017
                (212) 286-0225