PRESKA, S.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ALIMENTS IMEX FOODS, INC.

       Plaintiff,

    - against -

M/V CSAV HAMBURGO etc et al

       Defendants.
------------------------------------X

08 Civ. 3347 (LAP)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys for the parties herein, that the time in which defendant CCNI may answer, appear or otherwise move with respect to the Complaint is hereby extended up to and including June 2, 2008.

Dated: New York, New York
       April 16, 2008

CASEY & BARNETT, LLC
Attorneys for Plaintiff

By: _____
    Martin F. Casey
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225

LYONS & FLOOD, LLP
Attorneys for Defendant CCNI

By: _____
    Edward P. Flood
65 West 36th Street, 7th Floor
New York, New York 10018-8018
(212) 594-2400

SO ORDERED:

_____
U.S.D.J.

April 21, 2008