USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 4/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ALIMENTS IMEX FOODS, INC.,  :

        Plaintiff,  :    08 Civ. 3347 (LAP) (AJP)

    -against-  :    RULE 16 INITIAL PRETRIAL
                                                                     CONFERENCE ORDER

M/V CSA HAMBURGO, et al.,  :

        Defendants.  :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED THAT:

1. All fact and expert discovery must be completed by August 15, 2008. Expert reports must be served by July 15, 2008. Mandatory initial disclosure pursuant to Rule 26(a)(1), Fed. R. Civ. P., is due May 15, 2008.

2. Each party will notify this Court (and the District Judge) by August 20, 2008 as to whether it intends to move for summary judgment and request a pre-motion conference. Assuming pre-motion clearance has been obtained from the District Judge where required, summary judgment motions must be filed by September 19, 2008 if no date was set by the District Judge or, if a date was set by the District Judge, in accordance with the schedule set by the District Judge, and must comply with the Federal Rules of Civil Procedure,

C:\ORD\16RULES

the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned (including any pre-motion conference requirements of the District Judge).

    3.    The parties are to submit a joint proposed pretrial order, in conformance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned, by September 19, 2008 if neither party is moving for summary judgment, or 30 days after decision on the summary judgment motion. The case will be considered trial ready on 24-hours notice after the pretrial order has been submitted.

    4.    A status conference will be held before the undersigned on June 3, 2008 at 2:00 p.m. in Courtroom 20D (500 Pearl Street).

    5.    The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is enclosed.

SO ORDERED.

DATED:    New York, New York
             April 23, 2008

                                      Andrew J. Peck
                                      United States Magistrate Judge

Copies **by fax & ECF** to:    Martin F. Casey, Esq.
                                Edward P. Flood, Esq.
                                Judge Loretta A. Preska