UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALIMENTS IMEX FOODS, INC.

        Plaintiff,

   - against -

M/V CSAV HAMBURGO etc et al.

        Defendants.
------------------------------------------------------------X

08 Civ. 3347 (LAP)

**STIPULATION AND ORDER OF DISCONTINUANCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/24/08

The above-captioned matter having been settled pursuant to agreement by and between the parties,

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys for the parties herein, that the above-captioned matter be and hereby is discontinued with prejudice and without costs to any party, subject to re-opening within 30 days of the date of entry of the order in the event that the settlement is not concluded.

Dated: New York, New York
       June 19, 2007

**CASEY & BARNETT, LLC**
Attorneys for Plaintiff

By: _Martin F Casey_
    Martin F. Casey
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225

**LYONS & FLOOD, LLP**
Attorneys for Defendant CCNI

By: _[signature]_
    Edward P. Flood
65 West 36th Street, 7th Floor
New York, New York 10018-8018
(212) 594-2400

**SO ORDERED:**

_____
U.S.D.J.

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:
_Loretta A. Preska_
LORETTA A. PRESKA, U.S.D.J.

June 24, 2008